UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Penshurst Trading Inc. d/b/a Juliska,

                Plaintiff,

-against-

Zodax L.P.,

                Defendant.
--------------------------------------------------------

Case No. 14 Civ. 2710 (RJS)

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Andrew David Jacobs**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____  My State Bar Number is 5035605

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:  FIRM NAME: Cahill Gordon & Reindel LLP
                 FIRM ADDRESS: 80 Pine Street, New York, NY 10005
                 FIRM TELEPHONE NUMBER: (212) 701-3040
                 FIRM FAX NUMBER: (212) 269-5420

NEW FIRM:  FIRM NAME: Frankfurt Kurnit Klein & Selz, P.C.
                 FIRM ADDRESS: 488 Madison Avenue, New York, NY 10022
                 FIRM TELEPHONE NUMBER: (212) 980-0120
                 FIRM FAX NUMBER: (212) 593-9175

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: April 21, 2014

                                                ATTORNEY'S SIGNATURE