To: Page 5 of 5    2014-07-08 19:17:11 (GMT)    19493410205 From: Steven Sereboff

Case 1:14-cv-02710-RJS   Document 38   Filed 07/09/14   Page 1 of 1
Case 1:14-cv-02710-RJS   Document 37   Filed 07/08/14   Page 1 of 1

# SoCal IP
## Law Group LLP

310 N. Westlake Blvd., Suite 120
Westlake Village, California 91362
phone +1 (805) 230-1350
fax +1 (805) 230-1355

July 8, 2014

*via ECF*
Honorable Gabriel W. Gorenstein
United States District Judge
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/14

Re:  Penshurst Trading Inc. d/b/a Juliska v. Zodax L.P.
     (Case No. 1:14-cv-02710-RJS)

Dear Judge Gorenstein:

Defendant Zodax L.P. ("Zodax") requests the Court for an adjournment of the settlement conference. The settlement conference is currently set for July 18, 2014, at 10:00 a.m. (Dkt. 36), and Zodax requests an adjournment until August 14, 2014, at 2:30 p.m. Zodax's counsel and a representative of Zodax are unable to attend the conference on July 18, due to travel plans that were scheduled prior to the Court's order. The proposed new date is suitable for Juliska's counsel and a representative of Juliska.

Accordingly, Zodax requests an adjournment of the mandatory settlement conference from July 18, 2014, to August 14, 2014, at 2:30 p.m. We thank the Court for its attention to this matter.

Respectfully submitted,

SoCal IP Law Group LLP

M Kala Sarvaiya

M. Kala Sarvaiya

Cc:  Toby M.J. Butterfield *(via email)*
     Andrew D. Jacobs *(via email)*
     *Counsel for Plaintiff*

Granted. Letters
due August 8, 2014

SO ORDERED: _____ DATE: 7/8/14
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE